**Opinion filed September 16, 2010**



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00205-CR
_____

## MANUEL ANGEL OLIVAS-MONTOYA, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law**

**Midland County, Texas**

**Trial Court Cause No.  CR 127,886**

## M E M O R A N D U M   O P I N I O N

Manuel Angel Olivas-Montoya has filed in this court a motion to dismiss his appeal.  The motion is granted, and the appeal is dismissed.

PER CURIAM

September 16, 2010

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.